**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Shawntrece SIMS, Defendant–Appellant.**

**No. 11–16013**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 1, 2013.

Linda Julin McNamara, Robert E. O'Neill, Amanda Lynn Riedel, Josephine W. Thomas, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, PA, Orlando, FL, for Defendant–Appellant.

Shawntrece Sims, Waseca, MN, pro se.

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Shawntrece Sims in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sims's convictions and sentences are **AFFIRMED.**